UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:05-CR-186 CEJ |
| ) | |
| KAREN HARTSTEIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to 28 U.S.C. § 636(b), the Court referred all pretrial matters in this case to United States Magistrate Judge David D. Noce for determination and recommended disposition, where appropriate. On January 13, 2006, Judge Noce issued a Report and Recommendation with respect to the disposition of the defendant's motion to suppress physical evidence. No objections to the Report and Recommendation have been filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce is sustained, adopted, and incorporated herein.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

**IT IS FURTHER ORDERED** that the motion of defendant Karen Hartstein to suppress physical evidence [Doc. # 55] is **denied**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com